UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER OGLETREE,   )<br>)<br>Plaintiff   )<br>)<br>vs.   )<br>)<br>COLBERT COUNTY, ALABAMA,   )<br>et al.,   )<br>)<br>Defendants   ) | Case No.   3:18-cv-01218-HNJ |
| TERRY RUSHING ALEXANDER,   )<br>)<br>Plaintiff   )<br>)<br>vs.   )<br>)<br>COLBERT COUNTY, ALABAMA,   )<br>et al.,   )<br>)<br>Defendants   ) | Case No.   3:18-cv-01296-HNJ |
| DANIEL HARGROVE,   )<br>)<br>Plaintiff   )<br>)<br>vs.   )<br>)<br>COLBERT COUNTY, ALABAMA,   )<br>et al.,   )<br>)<br>Defendants   ) | Case No.   3:18-cv-01382-HNJ |

| | |
|---|---|
| WILLIAM J. KRYSTON, III, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | )   Case No.  3:18-cv-01755-HNJ |
| | ) |
| COLBERT COUNTY, ALABAMA, et al., | ) |
| | ) |
|     Defendants | ) |

## ORDER

In each of the above cases, Defendants Quality Correctional Healthcare, Inc., Johnny Bates, M.D., Donald Kern, M.D., and Brenda Lawler, R.N. (the QCHC Defendants) filed a motion for summary judgment. (Doc. 80 in 3:18-cv-01218-HNJ; Doc. 86 in 3:18-cv-01296-HNJ; Doc. 72 in 3:18-cv-01382-HNJ; Doc. 66 in 3:18-cv-01755-HNJ). Each Plaintiff filed a response to those motions, stating that they agree to the dismissal of their claims against the QCHC Defendants. (Doc. 92 in 3:18-cv-01218-HNJ; Doc. 98 in 3:18-cv-01296-HNJ; Doc. 87 in 3:18-cv-01382-HNJ; Doc. 78 in 3:18-cv-01755-HNJ). Accordingly, the court **GRANTS** all of the QCHC Defendants' motions for summary judgment and **DISMISSES** all claims against the QCHC Defendants.

**DONE** and **ORDERED** this 30th day of March, 2021.

                                                  HERMAN N. JOHNSON, JR.
                                                UNITED STATES MAGISTRATE JUDGE